## WILLIAM HALBERT POOLE *v.* RUTH VIOLA POOLE.

[No. 25, April Term, 1939.]

*Decided May 17th, 1939.*

The cause was argued before BOND, C. J., OFFUTT, SLOAN, MITCHELL, SHEHAN, JOHNSON, and DELAPLAINE, JJ.

*D. Eugene Walsh,* for the appellant.

*James E. Boylan, Jr.,* for the appellee.

SLOAN, J., delivered the opinion of the Court.